# United States Bankruptcy Court
## Middle District of Florida

In re    **Ritchey's Truck Repair, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Ritchey's Truck Repair, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 12, 2026**

Date

**/s/ Amy Denton Mayer**

**Amy Denton Mayer**

Signature of Attorney or Litigant

Counsel for    **Ritchey's Truck Repair, Inc.**

**Berger Singerman LLP**

**101 E Kennedy Boulevard**
**Suite 1165**
**Tampa, FL 33602**
**(813) 498-3400**
**amayer@bergersingerman.com**