

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/30/2026 10:30 AM

COURTROOM   9A

## HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-04988-CED** | **Chapter 11** | **06/12/2026** |

**ADVERSARY:   8:26-ap-00201-CED**          **Pltf Atty:**  Amy Denton Mayer

**Dft Atty:** Scott A. Stichter

**DEBTOR:**          Ritchey's Truck Repair, Inc.

**HEARING:**

Ritchey's Truck Repair, Inc. v. TruckCo, LLC et al

Motion for Preliminary Injunction with Supporting Memorandum of Law and Request for Hearing Filed by Amy Denton Mayer on behalf of Plaintiff Ritchey's Truck Repair, Inc. Doc #2

**APPEARANCES::**
AAPPEARANCES: Nathan Wheatley, Amy Mayer, Melanie Foley, Daniel Fogarty, Ted Weeks, James Valenti (listen only), Bruce Ritchey

**RULING:**
Motion for Preliminary Injunction with Supporting Memorandum of Law and Request for Hearing Filed by Amy Denton Mayer on behalf of Plaintiff Ritchey's Truck Repair, Inc. Doc #2   - Continued to 7/28/2026 at 10:30 a.m. Announced in Open Court no further Notice given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.