UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Subchapter V, Chapter 11

RITCHEY'S TRUCK REPAIR, INC.,[1]                  Case No. 8:26-bk-04988-CED

      Debtor.

_____/

RITCHEY'S TRUCK REPAIR, INC.,

      Plaintiff,

v.                                                                    Adv. Case No. 8:26-ap-00201-CED

TRUCKCO, LLC, RUSSELL P. MATHEWS,
SIGNAL MANAGEMENT GROUP, INC.,

      Defendants.

_____/

**PLAINTIFF'S OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS FOR DETERMINATION**

Ritchey's Truck Repair, Inc. (the "**Plaintiff**") respectfully files *Plaintiff's Omnibus Response to Defendants' Motions for Determination* (the "**Response**") to *Defendants' Motion for Determination That the Bankruptcy Court May Not Enter Final Orders or Judgment on the Non-Core State-Law Claims and Reservation of Rights (28 U.S.C. § 157(b)(3) and (c)(1); Local Rule 7001-1(k)(6)* (Doc. No. 9) (the "**Original Motion**"), and three "**Amended Motions**"[2] (Doc. Nos. 15–17) filed separately on behalf of each of the defendants, Truckco, LLC, Russell P. Mathews,

_____

[1]The address of the Debtor is 2040 Industrial Park Rd., Mulberry, FL 33860. The last four digits of the Debtor's federal tax identification numbers are 4458.

[2] Although the title of the three Amended Motions includes the word "Amended," none of these three Amended Motions references the CM/ECF docket number from the Original Motion, as required by Local Rul 9004-3. The Debtor's Response is to all four Motions, and they will be referred to collectively as the "Motions."

and Signal Management Group Inc. (collectively, the "**Defendants**"). In support of this Response, Plaintiff states the following:

1. On June 12, 2026, the Plaintiff filed its *Verified Complaint for Injunctive Relief* (Adv. Doc. No. 1) (the "**Complaint**") commencing the above-captioned adversary proceeding and contemporaneously filed a *Motion for Preliminary Injunction* (Adv. Doc. No. 2) (the "**Injunction Motion**"). The Complaint a single count for injunctive relief under 11 U.S.C. § 105 and Bankruptcy Rule 7065, seeking the entry of a preliminary injunction enjoining the Defendants from prosecuting that certain case styled *Truckco, LLC v. Bruce A. Ritchey et al.*, Case No. 2025-CA-001921 (the "**State Court Litigation**") against the Debtor's principals, an employee of the Debtor, and an affiliate of the Debtor for the duration of the Chapter 11 Case to permit either a sale of assets or the stock in the companies. (Doc. No. 1, ¶ 27).

2. On June 29, 2026, the Defendants filed the Original Motion, which seeks an order determining that this Court lacks the ability to adjudicate the claims in the State Court Litigation. (*See* Doc. No. 9, p. 5). On July 15, 2026, the Defendants filed the Amended Motions, which again seek orders determining that this Court lacks the ability to adjudicate the claims in the State Court Litigation. In their motions, the Defendants concede that "[t]his court may rule on the requested injunction." (Doc. Nos. 15–17, ¶ 17).

3. The injunction is the only claim that is at issue in this adversary proceeding. (*See* Doc. No. 1). Nothing in the Complaint requests adjudication of the claims in the State Court Litigation. As such, Plaintiff requests that the Court deny the Motions as framed.

WHEREFORE, Plaintiff respectfully requests that the Court deny the Motions and provide such other and further relief as is just and proper.

Respectfully submitted this 21st day of July, 2026.

BERGER SINGERMAN LLP
*Counsel for the Debtor*
101 E. Kennedy Boulevard, Suite 1165
Tampa, FL 33602
Tel. (813) 498-3400
Fax (813) 527-3705

By: */s/  Erin M. Hoskins*
    Amy Denton Mayer
    Florida Bar No. 634506
    amayer@bergersingerman.com
    Erin M. Hoskins
    Florida Bar No. 1003283
    ehoskins@bergersingerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on July 21, 2026, by the Court's CM/ECF system to all parties who receive electronic noticing and by U.S. Mail to: Scott A. Stichter c/o Signal Management Group, Inc., Stichter, Riedel Blain & Postler, P.A., 110 East Madison Street, Suite 200 Tampa, Florida 33602, counsel for Signal Management Group, Inc.; Scott A. Stichter c/o Russell P. Mathews, Stichter, Riedel Blain & Postler, P.A., 110 East Madison Street, Suite 200 Tampa, Florida 33602, counsel for Russell P. Mathews; Scott A. Stichter c/o TruckCo, LLC, Stichter, Riedel Blain & Postler, P.A., 110 East Madison Street, Suite 200 Tampa, Florida 33602, counsel for TruckCo, LLC; the Subchapter V Trustee; and on the United States Trustee.

*/s/ Erin M. Hoskins*
    Erin M. Hoskins

3