

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/28/2026 10:30 AM

COURTROOM   9A

## HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|

**8:26-bk-04988-CED**        **Chapter 11**        **06/12/2026**

**ADVERSARY:   8:26-ap-00201-CED**        **Pltf Atty:**  Amy Denton Mayer

**Dft Atty:** Scott A. Stichter

**DEBTOR:**            Ritchey's Truck Repair, Inc.


**HEARING:**

Ritchey's Truck Repair, Inc. v. TruckCo, LLC et al

(1) Continued Motion for Preliminary Injunction with Supporting Memorandum of Law and Request for Hearing Filed by Amy Denton Mayer on behalf of Plaintiff Ritchey's Truck Repair, Inc. Doc #2
-Opposition Response to Motion for Preliminary Injunction Filed by Scott A. Stichter on behalf of Defendants Russell P. Matthews, Signal Management Group, Inc., TruckCo, LLC (related document(s)2). Doc #10
-Notice of Filing Exhibits to Response in Opposition to Motion for Preliminary Injunction Filed by Scott A. Stichter Doc #11
~(2)   Motion to Determine Whether Proceeding Is Core Joint Motion of Defendants TruckCo, LLC, Signal Management Group, Inc., and Russell P. Mathew's for Determination that the Bankruptcy Court May not Enter Final Orders or Judgment on the Non-Core State-Law Claims and Reservation of Rights (28 U.S.C. § 157(b)(3) and (c)(1); Local Rule 7001-1(k)(b)) Filed by Scott A. Stichter on behalf of Defendants Russell P. Matthews, Signal Management Group, Inc., TruckCo, LLC. (Stichter, Scott) Doc #9
~(3) Defendant Russell P. Mathews' Amended Motion for Determination that the Court May Not Enter Final Orders or Judgment on the Non-Core State-Law Claims and Reservation of Rights Filed by Scott A. Stichter on behalf of Defendant Russell P. Matthews (related document(s)[2], [10]). (Stichter, Scott) Doc #15
~(4) Defendant Signal Management Group, Inc's Amended Motion for Determination that the Court May Not Enter Final Orders or Judgment on the Non-Core State-Law Claims and Reservation of Rights Filed by Scott A. Stichter on behalf of Defendant Signal Management Group, Inc. (related document(s)[2], [10]). (Stichter, Scott) Doc #16
~(5) Defendant TruckCo, LLC's Amended Motion for Determination that the Court May Not Enter Final Orders or Judgment on the Non-Core State-Law Claims and Reservation of Rights Filed by Scott A. Stichter on behalf of Defendant TruckCo, LLC (related document(s)[2], [10]). (Stichter, Scott) Doc #17
- Omnibus Response to Defendants' Motions for Determination Filed by Erin M Hoskins on behalf of Plaintiff Ritchey's Truck Repair, Inc. (related document(s)[15], [9], [16], [17]). (Hoskins, Erin) Doc #18


**APPEARANCES::**
AAPPEARANCES: Amy Mayer, Scott Stichther, Bruce Ritchey, Russell Matthews


**RULING:**
(1) Continued Motion for Preliminary Injunction with Supporting Memorandum of Law and Request for Hearing Filed by Amy Denton Mayer on behalf of Plaintiff Ritchey's Truck Repair, Inc. Doc #2     - All matters continued to 9/8/2026 at 10:30 a.m. Announced in Open Court no further Notice given

-Opposition Response to Motion for Preliminary Injunction Filed by Scott A. Stichter on behalf of Defendants Russell P. Matthews, Signal Management Group, Inc., TruckCo, LLC (related document(s)2). Doc #10

-Notice of Filing Exhibits to Response in Opposition to Motion for Preliminary Injunction Filed by Scott A. Stichter Doc #11

(2)   Motion to Determine Whether Proceeding Is Core Joint Motion of Defendants TruckCo, LLC, Signal Management Group, Inc., and Russell P. Mathew's for Determination that the Bankruptcy Court May not Enter Final Orders or Judgment on the Non-Core State-Law Claims and Reservation of Rights (28 U.S.C. § 157(b)(3) and (c)(1); Local Rule 7001-1(k)(b)) Filed by Scott A. Stichter on behalf of Defendants Russell P. Matthews, Signal Management Group, Inc., TruckCo, LLC. (Stichter, Scott) Doc #9


(3) Defendant Russell P. Mathews' Amended Motion for Determination that the Court May Not Enter Final Orders or Judgment on the Non-Core State-Law Claims and Reservation of Rights Filed by Scott A. Stichter on behalf of Defendant Russell P. Matthews (related document(s)[2], [10]). (Stichter, Scott) Doc #15


(4) Defendant Signal Management Group, Inc's Amended Motion for Determination that the Court May Not Enter Final Orders or Judgment on the Non-Core State-Law Claims and Reservation of Rights Filed by Scott A. Stichter on behalf of Defendant Signal Management Group, Inc. (related document(s)[2], [10]). (Stichter, Scott) Doc #16


(5) Defendant TruckCo, LLC's Amended Motion for Determination that the Court May Not Enter Final Orders or Judgment on the Non-Core State-Law Claims and Reservation of Rights Filed by Scott A. Stichter on behalf of Defendant TruckCo, LLC (related document(s)[2], [10]). (Stichter, Scott) Doc #17

- Omnibus Response to Defendants' Motions for Determination Filed by Erin M Hoskins on behalf of Plaintiff Ritchey's Truck Repair, Inc. (related document(s)[15], [9], [16], [17]). (Hoskins, Erin) Doc #18
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.